Darren J. Bogié, Esq., CA Bar No.: 183773
(Pro Hac Vice)
DARLING & WILSON, PC
1626- 19th Street, Ste 23
PO Box 2411
Bakersfield CA 93303
Telephone: (661) 325-5075
Email: dbogie@dwlawfirm.com

Attorneys for Petitioner/Movant GONGYI LIN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GONGYI LIN,<br><br>Petitioner/Movant,<br><br>v.<br>INTERACTIVE BROKERS LLC,<br><br>Respondent. | Case No. 3:26-cv-00095 |

**PETITIONER GONGYI LIN'S OPPOSITION TO RESPONDENT'S MOTION FOR ATTORNEY FEES**

Petitioner Gongyi Lin's by and through his attorney of record hereby submits his Opposition to Respondent Interactive Brokers LLC' Motion for Attorney Fees.

Petitioner does not dispute that the Respondent is entitled to an award of

attorney fees for these proceedings before the District Court under Local Rule 54.2 as due under a "contractual provision."[1] However Petitioner does dispute the rate changed by Respondent's attorneys as inconsistent with reasonable market rate applicable to legal work in this District.

Respondent's attorney charged $475 per hour for William Crowther an associate, $735 for Mr. Katchen a partner and$725 for Mr. Smith an Of Counsel. These rates are higher than the market rate as recently found by the Court in *Pannone v. CITC Enters., Inc.*, No. 3:24-CV-00220-SLG, 2025 WL 2962429, at *7 (D. Alaska Oct. 16, 2025) in which the court found that hourly rates of $715 for a partner and $545 per hour for an associate were excessive and also found that the hourly rates of $475 for a partner and $375 for an associate were appropriate (*Ibid*.)

[1] Petitioner's position regarding attorney's fees is limited to the amounts claimed for the District Court proceedings only and Petitioner expressly reserves the right to object to any claims for attorney fees assrted at to the underling arbitration.

As such Petitioner respectfully requests that the fee award be based upon the hourly rate determined to be reasonable in *Pannone v. CITC Enters., Inc.,* and reduced from $15,699.50 to $10,848.25 [2]

Dated: October 26, 2026 /s/

Darren J. Bogié CA Bar No 183773
(Pro Hac Vice)
DARLING & WILSON, PC
1626- 19th Street, Ste 23
PO Box 2411
Bakersfield CA 93303
Tel: (661) 325-5075
dbogie@dwlawfirm.com
*Attorney for Gongyi Lin Petitioner/Movant*

[2] The total of is calculated for the court as follows: 0.7 hours charged for Mr. Ketchen at the rate of $475 per hour for a total of $33.25; 12.1 hours charged for Mr. Smith at a rate of $475 per hour for a total of $5,747.50; and 13.5 hours charged for Mr. Crowther an associate at a rate of $375 for a total of $5,062.50. ($33.25 + 5,747.50 + $5062.50 = $10,848.25.